Charles L. Feltman et al., Appellants, *v.* John G. Ward et al., as Trustees under the Will of William J. Ward, Deceased, et al., Respondents.

Argued January 21, 1946; decided March 7, 1946.

*Emil N. Baar, Lawrence J. Lieberman* and *Howard F. R. Mulligan* for appellants.

*Harry Roter, J. Read Smith* and *John G. Ward* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.; MEDALIE, J., deceased.